IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMIR SANJARI,

     Petitioner,                   No. CIV S-09-1471 GGH P

   vs.

STATE OF CALIFORNIA, et al.,

     Respondent.             ORDER

_____/

        By order filed July 7, 2009, petitioner's amended application, which had superseded the original petition, was dismissed and thirty days' leave to amend was granted. The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order. Petitioner consented to the jurisdiction of the undersigned on June 24, 2009.

        Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

\\\\\

\\\\\

1   Accordingly, IT IS HEREBY ORDERED that this action be dismissed.  See Local
2   Rule 11-110; Fed. R. Civ. P. 41(b).
3   DATED: September 21, 2009                    /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE
    GGH:035
    sanj1471.133a